UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ENRIQUE BANUCHI,**

      **Plaintiff,**

**v.**                                       **Case No: 6:22-cv-588-GAP-EJK**

**EQUIFAX INFORMATION
SERVICES LLC and UNIVERSAL
CREDIT SERVICES, LLC,**

      **Defendants.**

**ORDER**

This cause comes before the Court on Plaintiff's Unopposed Motion to Seal (the "Motion"), filed July 27, 2022. (Doc. 23.) Therein, Plaintiff requests leave of Court to seal the filed exhibits to the Complaint, stating that they inadvertently contain two legible social security numbers that should have been redacted. (*Id.* at 2.) Upon consideration, the Motion is due to be granted in part.

While the Eleventh Circuit recognizes a "presumptive common law right to inspect and copy judicial records," *United States v. Rosenthal*, 763 F.2d 1291, 1292–93 (11th Cir. 1985), a party may overcome the public's right to access by demonstrating good cause. *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978) ("It is uncontested, however, that the right to inspect and copy judicial records is not absolute. Every court has supervisory power over its own records and files, and access has been denied where

court files might have become a vehicle for improper purposes."). If good cause is shown, the court must balance the interest in obtaining access to the information against the interest in keeping the information confidential. *See Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1309 (11th Cir. 2001).

Here, Plaintiff notes that Federal Rule of Civil Procedure 5.2(a) requires filings containing an individual's social security number to include only "the last four digits of the social-security number." Fed. R. Civ. P. 5.2(a)(1). As this information is subject to redaction pursuant to Rule 5.2(a), the undersigned finds good cause to seal the documents.

Accordingly, it is hereby **ORDERED** that Plaintiff's Unopposed Motion to Seal (Doc. 23) is **GRANTED IN PART**. The Clerk is **DIRECTED** to **SUBSTITUTE** the newly redacted exhibits (Doc. 23-1) attached to the Motion for the previously filed exhibits to the Complaint (Doc. 1-1), and to **STRIKE** from the docket the previously filed exhibits (Doc. 1-1).

**DONE** and **ORDERED** in Orlando, Florida on August 1, 2022.

*[signature]*

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE