# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ENRIQUE BANUCHI,

      Plaintiff,

v.                                    Case No:   6:22-cv-588-GAP-EJK

EQUIFAX INFORMATION
SERVICES LLC and UNIVERSAL
CREDIT SERVICES, LLC,

      Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Settlement With Defendant Equifax Information Services, LLC (Doc. 41), it is

**ORDERED** that the claims against Defendant Equifax Information Services, LLC, are **DISMISSED** without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment;

or, on good cause shown, to reopen the case for further proceedings.   The Clerk is directed to terminate this defendant as a party to this case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 2, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties