**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ENRIQUE BANUCHI,

        Plaintiff,

v.                          Case No:  6:22-cv-588-GAP-EJK

UNIVERSAL CREDIT
SERVICES, LLC,

        Defendant.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Notice of Settlement (Doc. 43), it is

**ORDERED** that this case is **DISMISSED** without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further

proceedings. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

    **DONE** and **ORDERED** in Chambers in Orlando, Florida on November 17, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties